# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:  THOMAS KUZIELA<br>        MAREA KUZIELA<br><br>        Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 10-28587 |

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

  1) The case was filed on 06/25/2010.

  2) This case was confirmed on 08/25/2010.

  3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/27/2011.

  4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/07/2011, 10/05/2011, 12/14/2011.

  5) The case was dismissed on 02/22/2012.

  6) Number of months from filing to the last payment:  9

  7) Number of months case was pending:  23

  8) Total value of assets abandoned by court order:  NA

  9) Total value of assets exempted: $    16,010.00

  10) Amount of unsecured claims discharged without payment $       .00

  11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 3,283.12 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 3,283.12 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,257.38 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 190.18 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 2,447.56 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRI STATE FINANCIAL | SECURED | 488.98 | 513.36 | 489.00 | 34.79 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 3,476.52 | 3,476.52 | .00 | .00 |
| TRI STATE FINANCIAL | UNSECURED | NA | .00 | 24.36 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 12,000.00 | 16,838.64 | 16,538.00 | 542.77 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 4,536.00 | .00 | 300.64 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 15,719.61 | 15,719.61 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 661.00 | 662.85 | 662.85 | .00 | .00 |
| AMERICAN HONDA FINAN | UNSECURED | 7,225.00 | 8,012.34 | 8,012.34 | .00 | .00 |
| ADVOCATE HEALTH CTR | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| SOUTH SUBURBAN HOSPI | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 211.00 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMCA | UNSECURED | 379.00 | NA | NA | .00 | .00 |
| ANITA ARORA MD | UNSECURED | 27.96 | NA | NA | .00 | .00 |
| ASSOCIATED CARDIOVAS | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| CAPITAL MANAGEMENT S | UNSECURED | 721.50 | NA | NA | .00 | .00 |
| CASH ADVANCE | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| CENTURY EAR NOSE & T | UNSECURED | 895.00 | NA | NA | .00 | .00 |
| FERTILITY CENTERS OF | UNSECURED | 208.00 | NA | NA | .00 | .00 |
| CERTIFIED SEERVICES | UNSECURED | 209.83 | NA | NA | .00 | .00 |
| SALLIE MAE EDUCATION | UNSECURED | 13,292.00 | 11,297.20 | .00 | .00 | .00 |
| CHELA | UNSECURED | 5,001.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 3,170.00 | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHELA | UNSECURED | 2,566.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 1,636.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 1,411.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 1,379.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE EDUCATION | UNSECURED | 1,043.00 | 1,135.91 | .00 | .00 | .00 |
| CHELA | UNSECURED | 721.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 406.00 | .00 | .00 | .00 | .00 |
| LABCORP SECONDS | UNSECURED | 379.00 | NA | NA | .00 | .00 |
| COLLECTION | UNSECURED | 98.66 | NA | NA | .00 | .00 |
| COLLECTIONS SVC | UNSECURED | 6.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 532.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 295.85 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 432.00 | NA | NA | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | 380.00 | 1,290.75 | 1,290.75 | .00 | .00 |
| ER SOLUTIONS | UNSECURED | 128.00 | NA | NA | .00 | .00 |
| FAMILY DENTAL CARE | UNSECURED | 84.00 | NA | NA | .00 | .00 |
| FIDELITY CENTERS OF | UNSECURED | 32.46 | NA | NA | .00 | .00 |
| FELT & LUKES | UNSECURED | 492.00 | NA | NA | .00 | .00 |
| GREEN OAKS APARTMENT | UNSECURED | 981.87 | NA | NA | .00 | .00 |
| GUARANTY BANK | UNSECURED | 226.06 | NA | NA | .00 | .00 |
| GUARDIAN | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 413.00 | NA | NA | .00 | .00 |
| GREEN OAKS APARTMENT | UNSECURED | 982.00 | NA | NA | .00 | .00 |
| H & R ACCOUNTS | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 396.00 | NA | NA | .00 | .00 |
| PEMS | UNSECURED | 274.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | 119.00 | 978.00 | 978.00 | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 322.60 | NA | NA | .00 | .00 |
| JB ROBINSON | UNSECURED | 595.00 | NA | NA | .00 | .00 |
| KIM & CALVERT MD SC | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| LABORATORY CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| LIFECIRCLE WOMENS HE | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| MB FINANCIAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL CREDIT ADJU | UNSECURED | 240.00 | 240.00 | 240.00 | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 299.50 | NA | NA | .00 | .00 |
| OB GYN SOUTHWEST SC | UNSECURED | .00 | NA | NA | .00 | .00 |
| PALOS ANESTHESIA ASS | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 11.02 | NA | NA | .00 | .00 |
| PALOS PATHOLOGY ASSO | UNSECURED | 12.00 | NA | NA | .00 | .00 |
| PROFESSIONAL BUREAU | UNSECURED | 252.02 | NA | NA | .00 | .00 |
| RADIOLOGY & NUCLEAR | UNSECURED | 20.12 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SCR LABORATORY PHY S | UNSECURED | 13.80 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 208.04 | NA | NA | .00 | .00 |
| THOMAS VASDEKAS MD | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| WESTBURY VENTURES | UNSECURED | .00 | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 4.00 | 4.00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 254.00 | 254.00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 17,027.00 | 577.56 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 17,027.00 | 577.56 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 258.00 | 258.00 | .00 |
| **TOTAL PRIORITY:** | 258.00 | 258.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 30,705.07 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,447.56 |
| Disbursements to Creditors | $ | 835.56 |
| **TOTAL DISBURSEMENTS:** | $ | 3,283.12 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/04/2012                                 /s/ Tom Vaughn
                                                   Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**